# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00571-CR

**Justin Allen Lee, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE 35TH DISTRICT COURT OF MILLS COUNTY
## NO. 3234, THE HONORABLE STEPHEN ELLIS, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The mandate in this cause issued by this Court on March 24, 2021, is hereby withdrawn.

It is so ordered May 4, 2021.

Before Chief Justice Rose, Justices Kelly and Smith
  Chief Justice Rose Not Participating